

**FILED**
**Apr 22, 2026**
**08:07 AM(CT)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
# IN THE COURT OF WORKERS' COMPENSATION CLAIMS
# AT NASHVILLE

| | |
|---|---|
| DONNIE KINSEY, ) | |
| ) | Docket No. 2025-50-8049 |
| Employee, ) | |
| ) | |
| v. ) | |
| ) | State File No. 77-2024 |
| SNS TRANSPORTATION ) | |
| SERVICES, INC., ) | |
| ) | |
| Employer, ) | |
| ) | Judge Joshua D. Baker |
| and ) | |
| ) | |
| INSURANCE COMPANY ) | |
| OF THE WEST, ) | |
| ) | |
| Carrier. ) | |

---

## EXPEDITED HEARING AGREED ORDER

---

It appears to the Court, as evidenced by the signatures of counsel for the parties below, that an agreement has been reached regarding the issues on the Expedited Hearing currently set on April 23, 2026.

The parties have announced their agreement that the Employer shall provide, and Mr. Kinsey shall receive medical treatment for his right shoulder. The authorized treating physician will be Dr. Matthew Sarb with Dickson Medical Associates. Specifically, the Employer will authorize the recommended reverse total arthroplasty within two (2) weeks of entry of this Order.

Additionally, the Employer will pay for any reasonable and necessary medical benefits related to the right shoulder injury.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Employer shall provide, and Mr. Kinsey shall receive medical treatment from the authorized treating physician, Dr. Matthew Sarb, for his right shoulder, as is causally related to his November 5, 2023 work injury.

**IT IS SO ORDERED.**

**ENTERED this** 22nd **day of April, 2026**

_____

**Honorable Joshua D. Baker**

**APPROVED FOR ENTRY:**

*Victoric by permission*

**Victoria Herman, BPR #033339**
Michael D. Ponce & Associates, PLLC
400 Professional Park Drive
Goodlettsville, TN 37072
vherman@poncelaw.com
*Attorney for Employee*


**Richard R. Clark, Jr., BPR #026806**
104 Woodmont Blvd., Suite 420
Nashville, TN 37205
rclark@eraclides.com
*Attorney for Employer/Carrier*